■ In the Matter of EDWARD JACKSON, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [731 NYS2d 676] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating the prison disciplinary rule against possessing contraband. The Attorney General has advised this Court that the determination at issue has been administratively reversed and that all references thereto have been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see, Matter of Smith v Goord*, 279 AD2d 920; *Matter of Diaz v Selsky*, 278 AD2d 581).

Cardona, P. J., Mercure, Carpinello, Mugglin and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.